

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:        01-12-00912-CV

Style:        Houston Lee Arrowood

        **v** State of Texas

Date motion filed[*]:        April 30, 2013

Type of motion:        Motion to Extend Time to File Appellant's Brief

Party filing motion:        Appellant

Document to be filed:        Appellant's brief

If motion to extend time:

        Deadline to file document:        April 29, 2013

        Number of previous extensions granted:        1 – 60 days

        Length of extension sought:        120 days

Appellant's Motion to Extend Time to File Appellant's Brief is **granted in part and denied in part.**

Appellant's brief in this case was originally due on February 25, 2013. It is the ordinary practice of this court to grant no more than 3 extensions of 30 days each. With his first motion for extension of time, appellant's counsel requested, and received, an extension of 60 days, to April 29, 2013.

Appellant's counsel is now requesting an additional 120 days to file the brief, extending the deadline to file the brief to August 29, 2013. The reason given for this lengthy extension request is "[c]urrently appellate [sic] is busy with several serious trials over the next 120 days and needs the additional time." This does not support counsel's extraordinary request that he be permitted to file appellant's brief nearly six months after the brief originally became due.

Accordingly, appellant's counsel is ordered to file the brief by **June 28, 2013**. No further extensions will be granted absent extraordinary circumstances.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
        ☑ Acting individually    ☐ Acting for the Court

        Panel consists of _____.

Date: May 2, 2013